DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
LAURIE A. ALVES

Chapter 13
Case No. 12-1-1170AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $1,524.72 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 997B | CLERK OF THE COURT FOR<br>CYNTHIA J NELSON/NELSON WEGNER LLP<br>580 CALIFORNIA ST. #1200<br>SAN FRANCISCO, CA 94104 | $1,524.72 |

Dated:  June 6, 2017          /s/ CECILIA MARCELO
                              CECILIA MARCELO
                              Receipts Administrator